MARK D. CAMPBELL (SBN 180528)
mcampbell@loeb.com
ERIC B. SCHWARTZ (SBN 266554)
eschwartz@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Plaintiff
KOBE BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KOBE BRYANT,<br><br>   Plaintiff,<br><br>   v.<br><br>GOLDIN AUCTIONS, LLC; and DOES 1 through 25, inclusive,<br><br>   Defendants. | Case No.: 8:13-CV-00727-AG (ANx)<br><br>Assigned to Hon. Andrew J. Guilford<br><br>**DECLARATION OF SHARIA WASHINGTON SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND APPOINTMENT OF RECEIVER**<br><br>Complaint Filed: May 6, 2013 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2296801.1
115749-10014

DECLARATION OF SHARIA
WASHINGTON

## **DECLARATION OF SHARIA WASHINGTON**

I, SHARIA WASHINGTON, declare as follows:

1.  I am an individual residing in Las Vegas, Nevada. I am a sister of the plaintiff in the above-captioned action, Kobe Bryant ("Kobe"). Except as otherwise indicated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to those facts under oath.

2.  Although I have never been privy to any discussion between my mother, Pamela Bryant, and Kobe about ownership of his memorabilia, I have frequently heard my mother talk about how the family can make money on items associated with Kobe. For example:

3.  In or around July 2012, I attended an exhibition basketball game played in Las Vegas, Nevada by the United States Men's National Basketball Team (of which Kobe was a member) against the Dominican Republic. I was present at that game along with my son and my mother, Pamela Bryant. My son happened to be wearing an Olympic basketball t-shirt with the number 10 and Kobe's name on the back. My mother commented at that time that I should have Kobe sign my son's personal t-shirt so that I could sell it.

4.  For a number of years I have stored memorabilia from Kobe's music career in the garage of my Las Vegas residence. My mother, Pamela, noted that I "need to keep that, because it will be worth something." I recently returned all of that memorabilia to Kobe because my mother has access to my garage and I feared that she would try to sell that memorabilia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of May, 2013, at Las Vegas, Nevada.

*/s/ Sharia Washington*
SHARIA WASHINGTON

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2296801.1
115749-10014

1

DECLARATION OF SHARIA WASHINGTON