Jeffrey F. Gersh, State Bar No. 87124
jgersh@gershderbylaw.com
Paul B. Derby, State Bar No. 211352
pderby@gershderbylaw.com
Mane Sardaryan, State Bar No. 287201
msardaryan@gershderbylaw.com
GERSH | DERBY, LLP, Attorneys at Law
15821 Ventura Boulevard, Suite 515
Encino, California 91436
Telephone: (818) 536-5700
Facsimile:  (818) 981-4618

Attorneys for Defendant
GOLDIN AUCTIONS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KOBE BRYANT,<br><br>  Plaintiff,<br><br>v.<br><br>GOLDIN AUCTIONS, LLC; and DOES 1 through 25, inclusive,<br><br>  Defendants. | **CASE NO.: SACV13-00727 AG (ANx)**<br><br>[*Honorable Andrew J. Guilford*]<br><br>**STIPULATION FOR DISMISSAL** |

This Stipulation for Dismissal is made and entered into by and between Goldin Auctions, LLC ("Goldin Auctions") and Kobe Bryant ("Kobe Bryant") with reference to the following fact:

### RECITAL

On June 10, 2013, the Parties reached a resolution with respect to the matter entitled *Kobe Bryant v. Goldin Auctions, LLC*, Case Number SACV13-00727 AG (ANx).

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel, that:

1. Goldin Auctions and Kobe Bryant jointly request that the Court dismiss the action entitled *Kobe Bryant v. Goldin Auctions, LLC*, Case Number SACV13-00727 AG (ANx), with prejudice.

2. Each party shall bear its own costs, attorneys' fees, and expenses.

DATED: June 10, 2013

GERSH | DERBY, LLP
Attorneys at Law

By: ___[signature]___
JEFFREY F. GERSH
PAUL B. DERBY
MANE SARDARYAN
Attorneys for Defendant
GOLDIN AUCTIONS, LLC

LOEB & LOEB LLP

By: ___/s/ Mark Campbell___
MARK D. CAMPBELL
ERIC B. SCHWARTZ
Attorneys for Plaintiff
KOBE BRYANT

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 15821 Ventura Boulevard, Suite 515, Encino, California 91436.

On June 10, 2013, I served the foregoing document described as: **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** on all interested parties to this action ☒ by placing the true copies thereof enclosed in sealed envelopes addressed as stated below;

> Mark D. Campbell
> Loeb & Loeb LLP
> 10100 Santa Monica Blvd., #2200
> Los Angeles, CA 90067-4120
> Tel: (310) 282-2000
> Fax: (818) 282-2200
> mcampbell@loeb.com

☐ **(BY MAIL)** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with GERSH | DERBY, LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY PERSONAL SERVICE)** I caused the above-referenced document(s) to be delivered to _____ for delivery to the above address(es).

☒ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Rule(s) ("LR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 10, 2013,** I checked the CM/ECF docket for this case or and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) mcampbell@loeb.com.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 10, 2013, at Encino, California.

HEATHER NAPIER

1
PROOF OF SERVICE